## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARRIE LATIF, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    Case No. CIV-17-1271-M |
| LEISURE TIME RV, INC., | ) ) ) |
|     Defendant. | ) |

### ADMINISTRATIVE CLOSING ORDER

The Court is advised that the parties have reached a settlement and compromise. It is therefore ordered that the Clerk administratively terminate this action in her records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If a party has not moved to reopen this case within <u>30 days</u> of this date, this case shall be deemed to be dismissed with prejudice.

**IT IS SO ORDERED** this <u>2nd</u> day of November, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE