IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARRIE LATIF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEISURE TIME RV, LLC,<br><br>　　　　Defendant. | Case No. CIV-17-1271-M |

NOTICE OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed with prejudice against the Defendant, Leisure Time RV, LLC, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A) and (B), with each party to bear their own costs and fees.

RESPECTFULLY SUBMITTED THIS 3rd DAY OF DECEMBER 2018.

　　　　　　　　　　　　　　　　　　*s/Leah M. Roper*

　　　　　　　　　　　　　　　　　　Leah M. Roper, OBA # 32107
　　　　　　　　　　　　　　　　　　D. Colby Addison, OBA #32718
　　　　　　　　　　　　　　　　　　LAIRD HAMMONS LAIRD, PLLC
　　　　　　　　　　　　　　　　　　1332 S.W. 89th Street
　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73159
　　　　　　　　　　　　　　　　　　Telephone: 405.703.4567
　　　　　　　　　　　　　　　　　　Facsimile:  405.703.4067
　　　　　　　　　　　　　　　　　　E-mail:　　colby@lhllaw.com
　　　　　　　　　　　　　　　　　　　　　　　leah@lhllaw.com
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

1

# CERTIFICATE OF SERVICE

This is to certify that on this  3rd  day of December, 2018 a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

J. Christopher Davis
Jason L. Callaway
JOHNSON & JONES, P.C.
Two Warren Place
6120 South Yale Avenue,
Suite 500
Tulsa, OK 74136

*Attorneys for Defendant*
*Leisure Time RV, LLC*

                                                    *s/Leah M. Roper*
                                                    ATTORNEY FOR PLAINTIFF